UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

R# 283333

IN RE:                                CASE NO.  04-16731-BKC-AJC
BARBARA ANNE FROELICH

                                      CHAPTER 13

                                      NOV 1 3 2009

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $    62.97   remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $    .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

    Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

    WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.


Date: ___NOV 1 2 2009___                    _____
                                            NANCY N. HERKERT
                                            CHAPTER 13 TRUSTEE

Copies to:

BARBARA ANNE FROELICH
659 COLSON DRIVE
KEY LARGO, FL 33037

RICHARD S. GENDLER, ESQUIRE
18300 NW 62 AVE
SUITE 200
MIAMI LAKES, FL 33015

CITIBANK NA
ACS
PO BOX 22724
LONG BEACH, CA 90801-5724

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   04-16731-BKC-AJC
BARBARA ANNE FROELICH

CHAPTER 13


BARBARA ANNE FROELICH

659 COLSON DRIVE
KEY LARGO, FL 33037


RICHARD S. GENDLER, ESQUIRE
18300 NW 62 AVE
SUITE 200
MIAMI LAKES, FL 33015

CITIBANK NA                              ---------$          62.97
ACS
PO BOX 22724
LONG BEACH, CA 90801-5724                UNDELIVERABLE/STALE
                                         CLAIM REGISTER# 5

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130